JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defenders
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ned_smock@fd.org

Counsel for Defendant SEVILLA IRIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILMER JOSUE SEVILLA IRIAS,<br><br>Defendant. | Case No.: 24-CR-00293-JD<br><br>**STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF STATUS HEARING TO SET FOR CHANGE OF PLEA AND (2) FINDINGS OF EXCLUDABLE TIME PERIOD** |

Wilmer Josue Sevilla Irias is scheduled to appear for a status hearing on September 9, 2024, at 10:30 a.m. The undersigned took over representation of Mr. Sevilla Irias less than two months ago. The government has provided two productions of discovery and the defense is in the process of reviewing the discovery. The parties have also been engaged in plea negotiations and counsel for Mr. Sevilla Irias has been meeting with him to discuss both the discovery and potential resolution of the case. The parties are prepared to set the matter for change of plea and therefore request that the matter be continued to September 23, 2024, at 10:30 a.m. for change of plea.

STIPULATION AND [PROPOSED] ORDER

1  The parties further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(iv), to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence, between September 9, 2024, and September 23, 2024. The parties further stipulate that the ends of justice served by excluding the period from September 9, 2024, and September 23, 2024, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

IT IS SO STIPULATED.

| September 6, 2024 | ISMAIL J. RAMSEY |
| Dated | United States Attorney |
|  | Northern District of California |

_____/S_____
KEVIN YEH
Assistant United States Attorney

| September 6, 2024 | JODI LINKER |
| Dated | Federal Public Defender |
|  | Northern District of California |

_____/S_____
NED SMOCK
Assistant Federal Public Defender

IT IS SO ORDERED.

___9/6/2024___         _____
Dated                  HON. JAMES DONATO
                       United States District Judge

STIPULATION AND [PROPOSED] ORDER 2