CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KEVIN YEH (CABN 314079)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7063
    kevin.yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:24-CR-00293-JD-1 |
| v. | MOTION TO DISMISS COUNT FOUR OF INFORMATION |
| HENRY JOVANY SEVILLA, | |
| Defendant. | |

On December 9, 2024, the defendant pleaded guilty without a plea agreement to Counts 1, 2, and 3 of the Information, which charged four counts of violating 21 U.S.C. 841(a)(1) and (b)(1)(C). On March 17, 2025, the Court sentenced the defendant to a term of imprisonment of 48 months. As reflected in the Presentence Report, the defendant's Guidelines range was 97–121 months and accounted for the total weight of all controlled substances charged in the four counts. The Court entered judgment on March 21, 2025.

//

//

//

//

NOTICE OF DISMISSAL
No. 3:24-cr-00293-JD-1 _____

Although government counsel has not reviewed a transcript of the sentencing hearing, government counsel appears to have inadvertently neglected to dismiss the remaining count of the Information, i.e., Count 4.  Accordingly, the government now moves to dismiss that count.

DATED: April 13, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
KEVIN YEH
Assistant United States Attorney

Based on the government's motion, the Court ORDERS that Count 4 of the Information be dismissed.

Date: 4/15/2026

_____
HON. JAMES DONATO
United States District Judge

NOTICE OF DISMISSAL
No. 3:24-cr-00293-JD-1 _____